UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEMAR MATTHEWS,<br><br>      Plaintiff,<br> v.<br>NORIEGA, et al.,<br><br>      Defendants. | Case No. 3:24-cv-00014-MMD-CSD<br><br>ORDER |

On August 5, 2024, the Court issued an order screening Plaintiff's complaint under 42 U.S.C. § 1983 and staying the case so that the parties could participate in the Court's Inmate Early Mediation Program. (ECF No. 6). However, the Court's order came back as undeliverable to Plaintiff at the last address that he provided to the Court. (ECF No. 7).

Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is currently housed at High Desert State Prison. The Court will send a courtesy copy of this order to High Desert State Prison. However, it is Plaintiff's responsibility to update the Court with his current address. Plaintiff shall file his updated address with this Court on or before **September 27, 2024**. If Plaintiff does not update the Court with his current address by **September 27, 2024**, this action will be subject to dismissal without prejudice.

Therefore, IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court on or before **September 27, 2024**. If Plaintiff does not file his updated address by that deadline, this case will be subject to dismissal without prejudice. A

dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

IT IS FURTHER ORDERED that the Clerk of the Court send a courtesy copy of this order, and the Court's screening order (ECF No. 6) to Plaintiff at High Desert State Prison

DATED THIS 28th day of August 2024.

_____
UNITED STATES MAGISTRATE JUDGE