# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JEMAR MATTHEWS,

    Plaintiff

v.

NORIEGA, et al.,

    Defendants

Case No.: 3:24-cv-00014-MMD-CSD

**Order**

Re: ECF Nos. 41, 42, 42-1

Discovery papers are not to be filed with the court unless otherwise ordered, or if the discovery paper is the subject of and is appended to a discovery motion, response or reply. *See* Fed. R. Civ. P. 5(d)(1)(A); LR 26-7. Discovery is to be served on the opposing party, but discovery shall not be filed with the court.

Plaintiff has filed various discovery requests with the court. (ECF No. 41 (request for production of documents); ECF No. 42 (requests for admission); ECF No. 42-1 (interrogatories).) Therefore, ECF Nos. 41, 42, 42-1 are **STRICKEN** from the docket.

**IT IS SO ORDERED**.

Dated: April 29, 2026

_____
Craig S. Denney
United States Magistrate Judge